UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**STERLING HOPE, III** and
**BONNIE HOPE,**

    Plaintiffs,

v.                                              Case No: 5:23-cv-606-PRL

**CITY OF OCALA, FLORIDA** and
**NATAWI CHIN,**

    Defendants.

### ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. (Doc. 22). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The clerk is directed to close the case.

**DONE** and **ORDERED** in Ocala, Florida on July 16, 2024.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties